Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN PALMA, individually<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00544-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

The parties, STEVEN PALMA ("Plaintiff"), who is represented by GREENMAN, GOLDBERG, RABY & MARTINEZ, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, who is represented by HUTCHISON & STEFFEN, LLC, hereby stipulate and agree to the following:

1. Plaintiff's claims shall be dismissed with prejudice.

2. All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

3. Each party shall bear their own fees and costs.

/ / /

/ / /

4. No trial date has been set.

DATED this 10 day of ~~August~~ September, 2015.    DATED this 13 day of August, 2015.

HUTCHISON & STEFFEN, LLC    GREENMAN, GOLDBERG, RABY & MARTINEZ

_____    _____
Scott A. Flinders (6975)    for Thomas W. Askeroth, Esq.
Peccole Professional Park    601 S. Ninth St.
10080 West Alta Drive, Suite 200    Las Vegas, Nevada 89101
Las Vegas, Nevada 89145

*Attorney for Defendant*    *Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2015.

_____
DISTRICT COURT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*

2